### ROSEN-STEINSITZ v. WANAMAKER.

(Supreme Court, Appellate Term, First Department. June 28, 1915.)

NEGLIGENCE ☞44—WHAT CONSTITUTES—CONDITION OF BUILDING.

    That plaintiff was injured upon leaving the dressing room in defendant's store, when a rubber mat lying unfastened on the marble floor slipped, does not show defendant's negligence.

    [Ed. Note.—For other cases, see Negligence, Cent. Dig. § 59; Dec. Dig. ☞44.]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

---

Action by Rosie Rosen-Steinsitz against John Wanamaker, New York. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued June term, 1915, before GUY, BIJUR, and PAGE, JJ.

James F. Mahan, of New York City (John L. Coe, of New York City, of counsel), for appellant.

Simon S. Hamburger, of New York City (Lionel P. Kristeller, of New York City, of counsel), for respondent.

BIJUR, J. Plaintiff sues in negligence. While in the defendant's store, and upon leaving the dressing room, she stepped on a rubber mat which lay unfastened on the marble floor, and the mat slipped, and she fell and was injured.

As there was no proof of any negligence on the part of defendant, the judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.